# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DR. RAMAN SINGH

VERSUS

STATE OF LOUISIANA, THROUGH
DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS, JAMES
LEBLANC, INDIVIDUALLY AND IN
HIS CAPACITY AS SECRETARY OF
THE DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS, AND
STACYE FALGOUT

NO.   2019 CW 0884

OCT 2 2 2019

---

In Re:    Stacye Falgout, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 663,773.

---

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED.** La. Code Civ. P. art. 971(D) provides, "[a]ll discovery proceedings in the action shall be stayed upon the filing of a notice made pursuant to this Article. The stay of discovery shall remain in effect until notice of entry of the order ruling on the motion. Notwithstanding the provisions of this Paragraph, the court, on noticed motion and for good cause shown, may order that specified discovery be conducted." We find the district court erred in granting plaintiff, Dr. Raman Singh's, Expedited Motion to Continue Hearing and Conduct Discovery, and not staying discovery until ruling on defendant, Stayce Falgout's, Special Motion to Strike. However, the issue is now moot as Falgout's Special Motion to Strike was untimely filed pursuant to La. Code Civ. P. art. 971(C).

                                    JEW
                                    GH

    McClendon, J., concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT